

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

February 15, 2023

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007-1312

> Defendant's first letter-motion seeking an extension of time to answer, move, or otherwise respond to Plaintiff's complaint (ECF No. 9) is GRANTED, and the Defendant shall answer, move, or otherwise respond by **Friday, March 24, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 9.
>
> SO ORDERED 02/16/23
> SARAH L. CAVE
> United States Magistrate Judge

**Re:** *Murphy v. Rivier University*, **Civil Action No.: 1:23-cv-00409-PGG-SLC**

Dear Judge Cave:

This office represents Defendant Rivier University ("Defendant") in the above-referenced action.  We write to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including March 24, 2023.

By way of background, Plaintiff commenced this action on January 17, 2023.  (ECF No. 1.)  Defendant was served with the Complaint on February 1, 2023. (ECF No. 7.)  Accordingly, Defendant's deadline to respond to the Complaint is presently February 22, 2023.

This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates.  The reason for this request is to provide additional time for Defendant to investigate the allegations in order to respond to the Complaint, and for the parties to explore the possibility of a non-litigated resolution.  This office has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:     All counsel of record